PEOPLE *v.* GREY.

CRIMINAL LAW—JURY TRIAL—SUFFICIENCY OF EVIDENCE—WEIGHT TO
BE GIVEN TESTIMONY.

> The credibility of a witness who was an accomplice of a criminal
> defendant and the weight to be given his testimony is for the
> jury, and not the court, to decide.

Appeal from Muskegon, Piercey (John H.), J. Submitted Division 3 October 9, 1968, at Grand Rapids. (Docket No. 3,282.) Decided October 22, 1968. Leave to appeal denied March 26, 1969. 381 Mich 813.

Phil Grey was convicted of robbery armed. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Paul M. Ladas,* Prosecuting Attorney, for the people.

*James J. Kobza,* for defendant on appeal.

PER CURIAM. Defendant was found guilty of the crime of armed robbery (CL 1948, § 750.529 [Stat Ann 1954 Rev § 28.797]), by a jury. The sole issue presented on appeal was whether there was sufficient evidence during the trial of the cause to lead the

---

REFERENCES FOR POINTS IN HEADNOTE

58 Am Jur, Witnesses § 862.
    Credibility of witness giving uncontradicted testimony as matter for
    court or jury.  62 ALR2d 1191.

jury to a conclusion of guilt beyond a reasonable doubt.

A careful review of the record indicates more than sufficient evidence from which the jury could make a finding of guilt beyond a reasonable doubt. Much of such evidence was the testimony of Grey's accomplice, Stovall. Conviction unquestionably depended upon the weight to be given by the jury to his testimony. As to that, his credibility was for the jury and not for the Court.

Affirmed.

LESINSKI, C. J., and FITZGERALD and TEMPLIN, JJ., concurred.